# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

GARY BOUDREAUX (#101068)

CIVIL ACTION

VERSUS

NO. 14-377-SDD-RLB

JAMES M. LEBLANC, ET AL.

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 7, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Court shall decline to exercise supplemental jurisdiction in connection with the Plaintiff's potential state law claims, and the Plaintiff's claims asserted against Defendants, D. Anthony, J. Duzant, and L. Adams, shall be dismissed without prejudice for failure of the Plaintiff to serve these Defendants within 120 days as mandated by Fed. R. Civ. P.4(m).

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 39.
[3] Rec. Doc. 40.

**Further**, the *Motion to Dismiss*[4] of the remaining Defendants shall be granted, dismissing the Plaintiff's claims asserted herein, with prejudice, and this action shall be dismissed.

Baton Rouge, Louisiana the 28 day of August, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[4] Rec. Doc. 22.